UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| OBDULIO RECINOS, | ) | |
| Petitioner, | ) | 3:11-cv-00492-HDM-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT LEGRAND, *et al.,* | ) | |
| Respondents. | ) | |

This is a habeas corpus petition pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Before the court is respondents' motion to dismiss (ECF #11), which was filed on September 30, 2011. Petitioner has not opposed the motion, despite having received notice form the court of the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* on October 3, 2011 (ECF #13).

In the motion to dismiss, respondents contend that the petition must be dismissed with prejudice as untimely (ECF #11).[1] *See* 28 U.S.C. § 2244(d). Respondents also argue that the petition contains unexhausted claims and thus is also subject to dismissal as a mixed petition. *See* 28 U.S.C. §

---

[1] The court notes that the exhibits provided by respondents demonstrate that the petition is indeed untimely.

1 | 2254(b).  Pursuant to the provisions of Local Rule 7-2, petitioner's failure to respond to the motion is
2 | a concession on his part that the arguments are valid.   Therefore, the motion to dismiss shall be granted.
3 |       **IT IS THEREFORE ORDERED** that respondents' motion to dismiss the petition with
4 | prejudice (ECF #11) is **GRANTED.**
5 |       **IT IS FURTHER ORDERED** the Clerk shall **ENTER JUDGMENT** accordingly and
6 | close this case.
7 |       DATED this 23rd day of January, 2012.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE