AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

OBDULIO RECINOS,

      Petitioner,

V.

ROBERT LEGRAND, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-cv-00492-HDM-WGC**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss the petition (Dkt. No. 11) is GRANTED. Judgment is entered in favor of the Respondents and against Petitioner.

  __January 25, 2012__                           __**LANCE S. WILSON**__
                                                             Clerk

                                                          __/s/ Katie Lynn Ogden__
                                                            Deputy Clerk