AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

OBDULIO RECINOS,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00492-HDM-WGC**

ROBERT LEGRAND, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss the petition (Dkt. No. 11) is GRANTED. Judgment is entered in favor of the Respondents and against Petitioner.


  January 25, 2012                         **LANCE S. WILSON**
                                                                         Clerk


                                                                     /s/ Katie Lynn Ogden
                                                                      Deputy Clerk